JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. SA CV 13-1076-DOC (JPRx) | Date: March 26, 2015 |

Title: THANH LA V HAMADA PRINTING PRESS CO. LTD., ET AL

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER OF DISMISSAL FOR LACK OF PROSECUTION**

This lawsuit was filed on July 18, 2013 Compl. (Dkt. 1). All claims have been voluntarily dismissed except those against Defendants Hamada Printing Press Co, Ltd., Hamada of America, Inc., Rengo International Corporation (Dkts. 19, 40, 42). On March 18, 2015, this Court ordered Plaintiff to show cause in writing no later than March 25, 2015 why the claims against the remaining Defendants should not be dismissed for lack of prosecution (Dkt. 41). As of the writing of this order, Plaintiff has not responded to this Court's Order. Thus, the Court orders that Plaintiff's claims against the remaining Defendants be DISMISSED WITH PREJUDICE for failure to prosecute under Local Rule 41-1.

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.